**Karla BUNCH**

v.

**Richard BUNCH**

2140058

Court of Civil Appeals of Alabama.

01/14/2015

Dismissed

**Richard Lee LUND**

v.

**Candice DOSKAL**

2140063

Court of Civil Appeals of Alabama.

03/09/2015

Dismissed

**K.W.**

v.

**HOUSTON CTY. DEP'T OF HUMAN RES.**

2140064

Court of Civil Appeals of Alabama.

02/27/2015

Affirmed

**Jonathan Roy KINDER**

v.

**Tabitha Strickland KINDER**

2140067

Court of Civil Appeals of Alabama.

02/10/2015

Dismissed

**Rodney MURPHY**

v.

**SECRETARY OF UNITED STATES DEP'T OF HUD**

2140078

Court of Civil Appeals of Alabama.

01/29/2015

Dismissed